IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO.: 3:17cr306-FDW

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | ORDER TO DISMISS |
| v. | ) | CERTAIN PROPERTY |
| | ) | |
| (5) WALTER CLIFFTON MARTIN, JR. | ) | |

**THIS MATTER IS BEFORE THE COURT** on the United States of America's Consent Motion to Dismiss the preliminarily forfeited real property at 366 Tarpin Town Road, Polkton, North Carolina, from this forfeiture action. The United States advises that, based on recent analysis of this property, the United States does not believe that sufficient equity exists in the property to merit forfeiture.

For good cause, this Court hereby GRANTS the Motion and dismisses the real property at 366 Tarpin Town Road, Polkton, North Carolina from this action.

**SO ORDERED**.

Signed: March 26, 2019

_____
Frank D. Whitney
Chief United States District Judge